### DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
☐ SUPERSEDING

---- OFFENSE CHARGED ----

18 U.S.C. § 2423(b) – Travel with Intent to Engage in Illicit Sexual Conduct;
18 U.S.C. § 2253 – Criminal Forfeiture

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:
(1) Imprisonment: Maximum 30 Years.
(2) Fine: $250,000
(3) Supervised release: Maximum 5-Year Term
(4) Special assessment: $100.00
(5) Forfeiture and Restitution

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

FILED
OCT 30 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

DEFENDANT - U.S
▶ BLAKE ROBERT JOHNSTON

DISTRICT COURT NUMBER
CR14-00545

---- PROCEEDING ----

Name of Complaintant Agency, or Person (& Title, if any)
Department of Homeland Security

☐ person is awaiting trial in another Federal or State Court, give name of court
_____

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District
_____

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE
SHOW DOCKET NO. _____

☐ this prosecution relates to a pending case involving this same defendant
MAGISTRATE CASE NO.

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
4-14-71320

Name and Office of Person Furnishing Information on this form  MELINDA HAAG
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   CHRISTINA MCCALL, AUSA

---- DEFENDANT ----

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)
_____

**IS IN CUSTODY**
4) ☒ On this charge

5) ☐ On another conviction   ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution
_____

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT     Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:
_____

Date/Time: _____   Before Judge: _____

Comments:

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: Oakland

FILED
2014 OCT 30 P 12:09



UNITED STATES OF AMERICA,

V.

BLAKE ROBERT JOHNSTON,

# CR14-00545

DEFENDANT.

---

**INDICTMENT**

18 U.S.C. § 2423(b) – Travel with Intent to
Engage in Illicit Sexual Conduct;
18 U.S.C. § 2253 – Criminal Forfeiture

---

A true bill.

_____
Foreman

Filed in open court this 30th day of
Oct, 2014

_____
Clerk

Bail, $ no process
Kandis Westmore 10/30/14

1 MELINDA HAAG (CABN 132612)
United States Attorney

FILED

2014 OCT 30 P 12: 09

RICHARD W. WIEKING
CLERK
NORTHERN DISTRICT COURT
OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) NO. **CR14-00545** |
|---|---|
| Plaintiff, | ) VIOLATIONS: 18 U.S.C. § 2423(b) – Travel with Intent to Engage in Illicit Sexual Conduct; 18 U.S.C. 18 U.S.C. § 2253 – Criminal Forfeiture |
| v. | |
| BLAKE ROBERT JOHNSTON, | ) OAKLAND VENUE |
| Defendant. | |

INDICTMENT

The Grand Jury charges:

COUNT ONE: (18 U.S.C. § 2423(b) – Travel with Intent to Engage in Illicit Sexual Conduct)

On or about October 6, 2014, in the Northern District of California and elsewhere, the defendant,

BLAKE ROBERT JOHNSTON,

did travel in interstate commerce, from California to Oregon, for the purpose of engaging in illicit sexual conduct as defined in Title 18, United States Code, Section 2423(f), with a person under 18 years of age, in violation of Title 18, United States Code, Section 2423(b).

FORFEITURE ALLEGATION: (18 U.S.C. § 2428 - Criminal Forfeiture)

Upon conviction of the offense alleged in Count One, the defendant,

BLAKE ROBERT JOHNSTON,

INDICTMENT

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2428(1), any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such violation; and (2) any property, real or personal, constituting or derived from any proceeds that such person obtained, directly or indirectly, as a result of such violation, including but not limited to the following items:

    (1) White Samsung Galaxy S3 SCH 530 Cell Phone (MPD ID #57); and

    (2) Samsung S5 Model SM-900 Cellular Phone (MPD ID #8);

All pursuant to Title 18, United States Code, Sections 2423 and 2428; Title 21, United States Code, Section 853; and the procedures set forth in Federal Rule of Criminal Procedure 32.2.

DATED: October 30, 2014

A TRUE BILL.

                                                  FOREPERSON

MELINDA HAAG
United States Attorney

DOUGLAS WILSON
Chief, Criminal Division

(Approved as to form:                 )
                         AUSA McCALL

INDICTMENT                                      2