1  BRIAN J. STRETCH (CABN 163973)
   Acting United States Attorney
2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  MAUREEN C. BESSETTE (CABN 165775)
   CHRISTINA McCALL (CABN 234139)
5  Assistant United States Attorneys

6       1301 Clay Street, Suite 340S
        Oakland, California 94612
7       Telephone: (510) 637-3680
        FAX: (510) 637-3724
8
   Attorneys for United States of America
9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                            OAKLAND DIVISION

13 UNITED STATES OF AMERICA,              )
                                          ) No. CR14-00545 JSW
14         Plaintiff,                     )
                                          ) NOTICE – VICTIMS PLANNING TO ADDRESS
15      v.                                ) THE COURT AT SENTENCING AND
                                          ) RESTITUTION REQUESTS
16 BLAKE JOHNSTON,                        )
                                          )
17         Defndant.                      )
                                          ) Date: April 5, 2016
18                                        ) Time: 1:00 p.m.
                                          ) Courtroom #5
                                          )
19

20        Pursuant to 18 U.S.C. §§ 3771(a)(3) and (4), the government hereby provides notice that certain

21 victims of Defendant Blake Johnston's criminal conduct intend to attend his sentencing hearing and

22 wish to address the Court.  The mother of one of the victims resides in another state, and has notified the

23 government that she will attend the sentencing hearing to provide the Court directly with information

24 about the impact that Defendant's actions had on her daughter and her family.  Pursuant to 18 U.S.C.

25 § 3771(d)(1), such victims' representatives have a legal right to address the Court.

26        As the government receives additional information about the victims' requests to address the

27 Court, the government will convey that information to the Courtroom Deputy, defense counsel, and the

28 United States Probation Officer.  That information may assist the Court in fashioning a reasonable

procedure to give effect to the victims' rights.

Additionally, due to the large number of victims involved in this case, the government expects to receive more restitution requests from a number of victims. Pursuant to 18 U.S.C. § 3664(d)(5), the government hereby informs the Court that all the victims' losses are not ascertainable 10 days prior to sentencing, and requests that the Court set a hearing for final determination of the victims' losses within 90 days of the sentencing hearing.

DATED: March 25, 2016            Respectfully submitted,

BRIAN J. STRETCH
Acting United States Attorney

/s/
_____
MAUREEN C. BESSETTE
CHRISTINA McCALL
Assistant United States Attorneys

NOTICE OF VICTIMS ADDRESSING COURT
CR 14-00545 JSW